FILED
April 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002558307

LISA K. McKEE, Bar No. 176310
LAW OFFICES OF LISA K. McKEE
1329 Howe Ave. #202
Sacramento, CA 95825
(916) 641-1000

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

GOMEZ, RAYMUNDO and MARGARET

Debtors.

Case No. 10-29037-A-7

Motion Control No. LKM-1

DATE: May 24, 2010
TIME: 9:00 a.m.
DEPT: 28
JUDGE: McManus

**MOTION TO**
**ABANDON PROPERTY OF THE ESTATE**

COMES NOW, Debtors and allege and follows:

1. Debtors filed a Chapter 7 petition on April 8, 2010.

2. Joint Debtor, Margaret Gomez, listed a dba as "Margaret Gomez Trucking". Debtors exempted all inventory of the business on Schedule C.

3. Joint Debtor is an owner/operator long haul truck driver, which is the primary source of income. She needs to continue the business to support her and her husband. Debtor, Raymundo Gomez, is receiving social security. Debtor carries all needed and necessary insurances on the business.

4. Debtors desire to have said property abandoned on the basis that it is burdensome to the estate and of inconsequential value to the estate.

////

////

WHEREFORE, Debtor prays:

1. For an order abandoning said property of the estate.

2. For such other and further relief as is just and proper.

DATED: 4/14/2010

_____
LISA K. McKEE, Attorney for Debtor